UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| Ricardo de Jesus Cisneros,<br>    Petitioner<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,<br><br>TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement,<br><br>Michael Bernacke, in his official capacity as ICE Field Officer Director and as warden in current custody of Pettioner,<br><br>PAMALA BONDI, in her official capacity as the United States Attorney General,<br><br>The Executive Office for Immigration Review<br><br>United States Immigration and Customs Enforcement.<br>              Respondents | **ORDER OF RECUSAL**<br><br>2:25-cv-01170<br><br>District Judge David Barlow |

    I recuse myself in this case and ask that the appropriate assignment card for equalization be drawn by the clerk's office.

    Dated January 2, 2026.

                                            BY THE COURT:

                                            David Barlow, United States District Judge